# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JASON LEE BARLOW, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIV 04-02913 PHX EHC (MEA) |
| ) | |
| JOSEPH M. ARPAIO, MARICOPA ) | REPORT AND RECOMMENDATION |
| COUNTY SHERIFF'S OFFICE, ) | FOR DISMISSAL |
| MARICOPA COUNTY BOARD OF ) | WITHOUT PREJUDICE |
| SUPERVISORS, CAPTAIN CAMPARO, ) | |
| ) | |
|     Defendants. ) | |
| _____) | |

    Plaintiff filed his complaint on December 16, 2004. On May 2, 2005, the Court issued an order requiring Plaintiff to complete and return a service packet for Defendants to the Court and warning Plaintiff that his failure to timely comply with the provisions of the Court's orders would result in the dismissal of the complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

    The civil docket in this matter reflects that, as of September 30, 2005, when Plaintiff notified the Court of his change of address, no further activity has occurred in this case. The parties have not engaged in discovery.

    The Local Rules of the United States District Court for the District of Arizona provide that "cases which have had no proceedings for six (6) or more months may be dismissed by

the Court for want of prosecution. Notice shall be given to the parties that such action is contemplated, and a status hearing shall be scheduled where the parties may show good cause why such action should not be taken." United States District Court for the District of Arizona Local Rule 2.6.

On March 24, 2006, the Court allowed Plaintiff until April 21, 2006, to show cause why this case should not be dismissed for Plaintiff's failure to prosecute his case for a period of six months. Plaintiff has failed to show cause for his failure to prosecute his claims.

**THEREFORE**, **IT IS RECOMMENDED that** this case be **dismissed without prejudice** for Plaintiff's failure to show cause for his failure to prosecute his claims.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the district court's judgment.

Pursuant to Rule 72(b), Federal Rules of Civil Procedure, the parties shall have ten (10) days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. Thereafter, the parties have ten (10) days within which to file a response to the objections. Failure to timely file objections to any factual or legal determinations of the Magistrate Judge will be considered a waiver of a party's right to de novo appellate consideration of the issues. See United States v. Reyna-

1 Tapia, 328 F.3d 1114, 1121 (9th Cir.) (en banc), cert. denied,
2 540 U.S. 900 (2003).  Failure to timely file objections to any
3 factual or legal determinations of the Magistrate Judge will
4 constitute a waiver of a party's right to appellate review of
5 the findings of fact and conclusions of law in an order or
6 judgment entered pursuant to the recommendation of the
7 Magistrate Judge.

8          DATED this 24th day of April, 2006.

_____
Mark E. Aspey
United States Magistrate Judge