LMH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Lee Barlow, | ) No. CV 04-2913-PHX-EHC |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Joseph M. Arpaio, et al., | ) |
| Defendants. | ) |

Pending before the Court is Magistrate Judge Aspey's Report and Recommendation for dismissal of this action without prejudice for Plaintiff's failure to prosecute (Dkt. 16). Plaintiff has not filed a Response or Objection. The Court, having considered the Report and Recommendation of the Magistrate Judge, adopts the Recommendation.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Dkt. 16) is **adopted**. The Complaint is **dismissed** without prejudice.

DATED this 25th day of September, 2006.

_Earl H. Carroll_
Earl H. Carroll
United States District Judge